**Order entered February 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00732-CV

### ALBERT G. HILL, III, Appellant

### V.

### ALBERT G. HILL, JR., Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-04523**

## ORDER

We **GRANT** appellant's February 5, 2014 motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before February 27, 2014.

/s/    ADA BROWN
        JUSTICE